UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:22-cv-0970-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. TORRES, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an application for leave to proceed in forma pauperis, but has failed to properly respond to all of the questions asked therein. Specifically, plaintiff failed to respond to the question requesting the amount of money he has in cash or in a checking or savings account. *See* ECF No. 8 at 2 (stating "confidential").

Accordingly, plaintiff's request (ECF No. 8) is denied without prejudice to filing a properly completed application for leave to proceed in forma pauperis. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis. Failure to comply with this order may result in dismissal of this action.

So ordered.

Dated: June 15, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE