UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>M. TORRES, et al.,<br><br>    Defendants. | No. 2:22-cv-0970-KJM-EFB (PC)<br><br><br>ORDER |

Plaintiff is a civil detainee proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 16, 2022, the Magistrate Judge issued an order denying plaintiff's application for leave to proceed in forma pauperis, without prejudice. ECF No. 9. Plaintiff has filed a motion for reconsideration. ECF No. 10.

Local Rule 303(f) provides that a Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the court finds the Magistrate Judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS ORDERED that, upon reconsideration, the order of the Magistrate Judge filed June 16, 2022, is AFFIRMED. This order resolves ECF No. 10.

DATED: July 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE