UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:22-cv-00970-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| M. TORRES, et al., | |
| Defendants. | |

Plaintiff, a civil detainee, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2023, the Court denied Plaintiff's application for leave to proceed in forma pauperis and granted plaintiff fourteen days within which to pay the $402 filing fee for this action. (ECF No. 18.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. *Id*. Plaintiff has not paid the fee.

Accordingly, IT IS ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

Dated: **May 12, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE